# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ADAM WADE CRUTCHLEY,**

    Plaintiff,

v.

**Captain CLIFTON, *et al.*,**

    Defendants.

Case No. 7:22-CV-103 (HL)

## ORDER

United States Magistrate Judge Thomas Q. Langstaff recommends denying Plaintiff Adam Wade Crutchley's motion for a temporary restraining order. (Doc. 7.) Crutchley sought a temporary restraining order to prevent Defendants Clifton and Paulk from retaliating against Crutchley for his pending lawsuits. (Doc. 5.) The Magistrate Judge recommends denying Crutchley's motion because Crutchley did not address the factors that determine whether a temporary restraining order is warranted, the defendants have not had the opportunity to respond to Crutchley's allegations, and temporary restraining orders which merely order defendants to follow existing laws are impermissible. (Doc. 7 at 2.)

Crutchley has not objected to the Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation (Doc. 7) for clear error.

Finding none, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The Recommendation (Doc. 7) is **ADOPTED** and made the Order of the Court. Crutchley's motion for a temporary restraining order (Doc. 5) is **DENIED**.

**SO ORDERED** this 18th day of January, 2023.

>   *s/Hugh Lawson*
>   **HUGH LAWSON, SENIOR JUDGE**

aem