IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ADAM WADE CRUTCHLEY, | * | |
| Plaintiff, | * | |
| v. | | Case No. 7:22-cv-103 (HL-TQL) |
| | * | |
| Captain CLIFTON, et al., | | |
| | * | |
| Defendants. | | |
| _____ | * | |

## JUDGMENT

Pursuant to this Court's Order dated April 3, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of April, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk